UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT D. KENNEDY, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 07-1044 |
| JERRY ZUERCHER, Warden, | ) ) ) |
| Respondent. | ) ) |

## O R D E R

This matter is now before the Court on Petitioner, Robert Kennedy's ("Kennedy"), Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and the Government's Motion to Dismiss. For the reasons set forth below, the Motion to Dismiss [#9] is GRANTED, and the Petition [#1] is DISMISSED.

### Background

Kennedy has filed the present Petition in which he asks the Court to review the BOP's calculation of his release date. Specifically, he argues that he has been denied credit towards his federal sentence for time spent in custody from the date of his arrest, January 17, 2002, through the date of his federal sentencing, August 30, 2002. The matter is fully briefed, and this Order follows.

### Discussion

A petition seeking habeas corpus relief is appropriate under 28 U.S.C. § 2241 when a defendant is challenging the fact or duration of her confinement. Preiser v. Rodriguez, 411 U.S. 475, 490, 93 S.Ct. 1827 (1973); Waletzki v. Keohane, 13 F.3d 1079, 1080 (7th Cir. 1994). The writ of habeas corpus may be granted where the defendant is in custody in violation of the Constitution or laws or treaties of the United States. 28 U.S.C. §

- 2 -

2241(c)(3).  "Such relief is obtainable, however, only after a prisoner exhausts administrative remedies."  Carnine v. United States, 974 F.2d 924, 927 (7th Cir. 1992).

Here, Kennedy argues that the BOP has failed to credit the time spent in custody from the date of his arrest to the date of his federal sentencing against his federal sentence.  The Government has responded with documentation indicating that this error has since been corrected by the BOP, crediting time spent from January 17, 2002, through August 29, 2002, toward his federal sentence, resulting in a projected release date of October 23, 2008.  Kennedy does not dispute that this situation has been rectified. Accordingly, as it would appear that he has received all of the relief requested, his Petition is now moot.

## Conclusion

For the reasons set forth herein, the Government's Motion to Dismiss [#9] is GRANTED, and Kennedy's Petition for Writ of Habeas Corpus pursuant to § 2241 [#1] is DISMISSED AS MOOT.  This matter is now terminated.

ENTERED this 23rd day of May, 2007.

        s/ Michael M. Mihm
          Michael M. Mihm
          United States District Judge